# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8ᵗʰ day of February, two thousand and seventeen.

Before:          Ralph K. Winter,
                         *Circuit Judge.*

_____

Alana Shultz,

                 Plaintiff - Appellant,

v.

Congregation Shearith Israel of the City of New York, The Spanish and Portugese Synagogue, Meir Soloveichik, In his personal and professional capacities, Michael Lustig, In his personal and professional capacities, Barbara Reiss, In her personal and professional capacities,

                 Defendants - Appellees.

_____

**ORDER**

Docket No. 16-3140

Appellees filed a motion, on consent of Appellant, for an extension of time to file their brief from February 10, 2017, to February 24, 2017.

IT IS HEREBY ORDERED that the motion is GRANTED.  The Clerk is instructed to treat this case as ready for calendaring as of February 24, 2017, whether or not Appellees' brief has been filed.  See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

