# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

———————————————————————————

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of May, two thousand and seventeen,

———————————————————————

Alana Shultz,

        Plaintiff - Appellant,

v.

Congregation Shearith Israel of the City of New York, The Spanish and Portugese Synagogue, Meir Soloveichik, In his personal and professional capacities, Michael Lustig, In his personal and professional capacities, Barbara Reiss, In her personal and professional capacities,

        Defendants - Appellees.

————————————————————————

**ORDER**
Docket No. 16-3140

IT IS HEREBY ORDERED that Appellees' motion to adjourn oral argument is DENIED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court